IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL LARONE TAYLOR,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | No. C 09-3873 WHA (PR)<br><br>**ORDER OF TRANSFER** |

    This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred in San Bernardino, California, which lies within the venue of the United States District Court for the Central District of California. The defendants are to be found in that district as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. 1391(b).

    This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1406(a). In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

    **IT IS SO ORDERED.**

Dated:   August 31  , 2009.

                                        WILLIAM ALSUP<br>
                                        UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.09\TAYLOR3879.TRN.wpd