UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-1656 CJC (MRW) | Date | October 1, 2014 |
|---|---|---|---|
| Title | Taylor v. City of San Bernardino | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

The Court stayed this civil rights action in 2011 based on the pendency of a federal criminal action against Plaintiff. (Docket # 55.) The Court ordered Plaintiff to filed periodic status reports every three months to update the Court regarding the status of the criminal case and appeal.

The Court has not received a report since mid-2013. Therefore, Plaintiff is ORDERED to submit a status report by or before October 30 regarding the civil and criminal cases. **Failure to file a timely response to this Order as directed above may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**

Alternatively, Plaintiff may file a notice voluntarily dismissing this civil action without further consequence.