# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 09-1656 CJC (MRW) | Date | June 1, 2016 |
| Title | Taylor v. City of San Bernardino, et al. | | |

**Present: The Honorable** Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE RE: DISMISSAL

This civil rights case has been stayed for more than five years pending the outcome of Plaintiff's criminal case and the City of San Bernardino's bankruptcy. On April 22, the Court ordered the parties to submit status reports regarding the bankruptcy, and specifically requested that Plaintiff inform the court whether he intends to pursue the action if the stay were lifted. (Docket # 90.) The City timely filed its report, but the Plaintiff has not filed anything.

Therefore, Plaintiff is ORDERED to show cause why this action should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41. Petitioner's response to the OSC and his statement about whether he intends to pursue the case are due on June 30. Failure to respond to this Order will lead to a recommendation of dismissal.