JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VIRGIL LARONE TAYLOR,  )<br>  )<br>　　　　Plaintiff,　　　)<br>  )<br>v.　　　　　　　　　　)<br>  )<br>CITY OF SAN BERNARDINO,  )<br>et al.,　　　　　　　　　)<br>  )<br>　　　　Defendants.　　)<br>_____ ) | Case No.: EDCV09-1656 CJC (MRW)<br><br>**ORDER RE: DISMISSAL OF DEFENDANTS WITH PREJUDICE**<br><br>Hon. Cormac J. Carney |

Before the Court is a Notice of Settlement and Joint Stipulation. The parties have reached settlement on all issues raised in this matter. The parties have fully performed their obligations under their settlement agreement. Having read and considered the parties stipulation, and good cause appearing therefore, it is ordered as follows: This case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: September 22, 2016　　　　　　_____

　　　　　　　　　　　　　　　　　　Cormac J. Carney
　　　　　　　　　　　　　　　　　　United States District Judge